TO: U.S District Court Clerk

FR: David Munn
~~[redacted]~~
~~[redacted]~~
121 Lee Ave
Morehead KY 40351

DT: 6-3, 2008

1:03-CV-165-M
3:08-CV-199-S
5:01-CV-307-J

RE: **CHANGE OF ADDRESS.**

TO WHOM IT MAY CONCERN:

This letter is written so as to inform you of my change of address. All correspondence, court orders, etc, should be directed and/or forwarded to me at the above address.

If any correspondence has been returned to you and/or your office, please forward it to me at the above address as soon as possible.

I thank you in advance for your time and consideration given unto this matter.

Sincerely,

David Munn

LEXINGTON KY 405
04 JUN 2008 PM 2 T

Jeffery A. Apperson, clerk of court
U.S. District Court Clerk
Western District
601 W. Broadway Rm. 106
Louisville, KY 40202

40202+2227 C002

David Nunn
121 Lee Ave
Morehead Ky 40351

FILED ISC:
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
08 JUN -5 AM 11:02

ROWAN CO. UNCENSORED
JAIL MAIL